1  KARL S. HALL
   Reno City Attorney
2  JONATHAN D. SHIPMAN
3  Assistant City Attorney
   Nevada State Bar No. 5778
4  *shipmanj@reno.gov*
5  WILLIAM J. McKEAN
   Deputy City Attorney
6  Nevada State Bar No. 6740
   *mckeanw@reno.gov*
7  CHANDENI K. SENDALL
   Deputy City Attorney
8  Nevada State Bar No. 12750
9  *sendallc@reno.gov*
   Post Office Box 1900
10 Reno, Nevada 89505
   (775) 334-2050
11 *Attorneys for Defendant City of Reno*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| IN RE: 2017 LEMMON VALLEY FLOOD | CASE NO.: 3:20-cv-713-MMD-CLB (relates to consolidated file 3:21-cv-00093-MMD-CLB ) |
|---|---|
| This document relates to: All Actions | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41(a), all parties to this action and the related actions listed below, through their undersigned counsel, hereby stipulate that the above-captioned action and the related actions listed below, and all of the claims asserted therein, be dismissed with prejudice, in accordance with the terms and conditions set forth in the Settlement and Release of Claims as approved by the Defendant, City of Reno, on May 12, 2021.

///

///

| Case Name | Case No. |
|---|---|
| Estrada, Angel and Gladis | 3:20-cv-00579 |
| Cleous, Danny | 3:20-cv-00585 |
| Novak. Scott | 3:20-cv-00586 |
| Siminoe, Kim and Shawn | 3:20-cv-00595 |
| Berns, Martin | 3:20-cv-00649 |
| Bushey, Frank | 3:20-cv-00650 |
| Loffer, Margherita and Gary | 3:20-cv-00711 |
| Dekker, Dale | 3:20-cv-00712 |
| Nauman, Robert | 3:20-cv-00713 |
| Schutte, Paul and Martha | 3:20-cv-00714 |
| Spencer, Lola | 3:20-cv-00715 |
| Aguilar, Elizabeth | 3:21-cv-00011 |
| Conlin, Tim | 3:21-cv-00012 |
| Donohoe, Linda | 3:21-cv-00014 |
| Dutcher, Jesse and Jennifer | 3:21-cv-00015 |
| New Life Assembly of God | 3:21-cv-00016 |
| Nevarez, Alex | 3:21-cv-00017 |
| Pearson, Sharon | 3:21-cv-00021 |
| Ross, Donald | 3:21-cv-00022 |
| Long, Jeff | 3:21-cv-00023 |
| King, Brian and Musich, Danny | 3:21-cv-00024 |
| Launer, Mark and Laura | 3:21-cv-00026 |
| Pool, Miles and Jody | 3:21-cv-00029 |
| Hughett, Frances | 3:21-cv-00036 |
| Sotelo, John | 3:21-cv-00037 |
| Berry, Nicole | 3:21-cv-00038 |
| Hall, David and Tracy | 3:21-cv-00040 |

///

///

Reno City Attorney
P.O. Box 1900
Reno, NV 89505

| | |
|---|---|
| DATED this 26th day of May, 2021. | DATED this 26th day of May, 2021. |
| By: /s/ Roger S. Doyle<br>Kerry S. Doyle, Esq.<br>Nevada Bar No. 10866<br>Roger S. Doyle, Esq.<br>Nevada Bar No. 10876<br>4600 Kietzke Lane, Suite I-207<br>Reno, Nevada 89502<br>(775) 525-0889<br><br>Luke Busby, Esq.<br>Nevada State Bar No. 10319<br>316 California Ave #82<br>Reno, Nevada 89509<br>775-453-0112<br><br>*Attorneys for Plaintiffs* | By: /s/ Jonathan D. Shipman<br>Karl S. Hall, Esq.<br>Jonathan D. Shipman, Esq.<br>Nevada Bar No. 5778<br>William J. McKean, Esq.<br>Nevada Bar No. 6740<br>Chandeni Sendall, Esq.<br>Nevada Bar No. 12750<br>P.O. Box 1900<br>Reno, Nevada 89505<br>(775) 334-2050<br><br>*Attorneys for the City of Reno* |

**ORDER**

IT IS SO ORDERED.

DATED this 26th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE